IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

SHAR'DAE BOYLES,              )
                              )
            Plaintiff,        )
                              )
    vs.                       )    No. CIV-14-1329-C
                              )
CAROLYN W. COLVIN, Acting     )
Commissioner of Social Security )
Administration,               )
                              )
            Defendant.        )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on December 15, 2015, recommending that the decision of the Commissioner be affirmed. Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

In his thorough and well-reasoned Report and Recommendation, Judge Purcell sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here. In objection, Plaintiff merely restates earlier arguments which are, for the reasons stated by Judge Purcell, without merit.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 31), and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 13th day of January, 2016.

ROBIN J. CAUTHRON
United States District Judge